FILED
CLERK U.S. DISTRICT COURT
FEB - 3 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR09-1339 VBF

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> Delano Nelson <br> Defendant. | ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _he can remain crime free_

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _he can abide by court orders_

IT IS ORDERED that defendant be detained.

DATED: 2/3/10

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE